# United States Court of Appeals
## For the Eighth Circuit

_____

No. 19-1306

_____

Todd McDonald

*Plaintiff - Appellant*

v.

Brett Carpenter, Lieutenant, Saline County Detention Center (SCDC) (Originally named as Carpenter); Tonya Parker, Sergeant, SCDC (Originally named as Parker)

*Defendants - Appellees*

Waite, Officer, SCDC; Dick, Officer, SCDC; Balding, Corporal, SCDC

*Defendant*s

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Little Rock

_____

Submitted: August 20, 2019
Filed: August 27, 2019
[Unpublished]

_____

Before COLLOTON, ERICKSON, and GRASZ, Circuit Judges.

_____

PER CURIAM.

In this 42 U.S.C. § 1983 action, inmate Todd McDonald appeals the district court's[1] adverse grant of summary judgment. Based on the record before the court, we agree that McDonald failed to show he exhausted administrative remedies on the claims raised in the instant action. See Townsend v. Murphy, 898 F.3d 780, 783-84 (8th Cir. 2018) (reviewing de novo grant of summary judgment; boundaries of proper exhaustion are determined by prison's specific administrative requirements). The judgment is affirmed. See 8th Cir. R. 47B.

—————————————————

---

[1]The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Patricia S. Harris, United States Magistrate Judge for the Eastern District of Arkansas.